## MOTION DOCKET

**97–1880.   Worthington City School Dist. Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 96–D–1218.   This cause came on for further consideration upon the motion of appellee, Board of Education of Worthington City School District, to withdraw its motion for reconsideration filed on April 9, 1999.   Upon consideration thereof,

IT IS ORDERED by the court that the motion to withdraw the motion for reconsideration be, and hereby is, granted.

**98–147.   State v. O'Neal.**
Hamilton App. No. C–960392.   This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.   On April 16, 1999, appellant filed a document titled "Additional Authorities To Be Relied Upon At Argument On Behalf of James Derrick O'Neal."   Appellant's document contains more than the list of citations of additional authorities permitted by S.Ct.Prac.R. IX(7), and therefore is not in compliance with the S.Ct.Prac.R. IX(7).   Accordingly,

IT IS ORDERED by the court, *sua sponte,* that appellant's list of additional authorities be, and hereby is, stricken.